UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    DR. JUDSON WERBELA

                      Plaintiff(s)

      -vs-                                    99-Cv-6152T

    MASSMUTUAL LIFE INSURANCE COMPANY

                      Defendant(s)
_____

        John E. Meagher, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of the State of Florida and the United States District Court for the Southern District of Florida and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of John E. Meagher, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee, John E. Meagher, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.

                                         S/ MICHAEL A. TELESCA
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated:  Rochester, New York
       November 21, 2005