UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDSON WERBELA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MASS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | **AMENDED STIPULATED SCHEDULING ORDER**<br><br>Civil Action No.: 99-cv-6152 |

　　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, it is hereby stipulated between the counsel for the parties and it is hereby ORDERED, that the deposition of the parties' expert witnesses shall take place NOT LATER THAN March 31, 2006.

　　　　　All questions concerning discovery, including the compulsion thereof, are to be addressed promptly and informally to the undersigned.

　　　　　This Order may not be modified or amended in any way without the exclusive permission of the undersigned.

　　　　　The dates set forth hereinabove are "outside dates" and do not preclude any party from taking any reasonable steps looking to an earlier disposition.

　　　　　**THE ABOVE IS SO ORDERED**.


　　S/ MICHAEL A. TELESCA
Hon. Michael A. Telesca, U.S.D.J.

Dated: February 8, 2006